UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................................

JACQUES MOTHERSIL, on his own behalf and on behalf of all similarly situated,

        Plaintiff(s),

-against-

FEDERAL BOND AND COLLECTION SERVICE, INC.,

        Defendant(s)

..................................................................

ORDER OF DISCONTINUANCE

CV-05-0456 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2006 ★

P.M. _____
TIME A.M. _____

AMON, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

Dated:    Brooklyn, New York
            February 27, 2006

                                      /s/ Hon. Carol B. Amon
                                      Carol Bagley Amon
                                      United States District Judge